UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DAVID J. THOMPSON and ANTHONY CESSA, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Civil Action No. 11-11394-LTS |
| MARIAN J. McGOVERN and MASSACHUSETTS PORT AUTHORITY | ) ) ) ) ) |
| Defendants. | ) ) |

ORDER

June 3, 2013

SOROKIN, C.M.J.

The September 27, 2012 stay of proceedings against Defendant Massachusetts Port Authority (MassPort) is hereby VACATED in light of the totality of the circumstances reported to the Court (including the likely timing of the resolution of the pending grievance) and in light of the Court's need to effectively manage its docket.  The March 21, 2012 stay of proceedings against Defendant Marian McGovern remains in effect.

The Court will proceed to resolve MassPort's Motion for Joinder in Defendant McGovern's Motion to Dismiss (on the grounds that MassPort stands in the shoes of the Commonwealth with respect to the Plaintiffs' claims and adopting as applicable to MassPort Defendant's McGovern's arguments concerning the Commonwealth's Eleventh Amendment immunities).  See Docket #s 10, 17.

1

In addition, the Complaint appears to raise the question of whether the applicable Collective Bargaining Agreement requires arbitration of the Plaintiffs' Fair Labor Standards Act claims and, if so, the effect upon this litigation of any such a requirement.  It is therefore ORDERED that by June 13, 2013, Defendant McGovern shall file a copy of the applicable CBA. It is further ORDERED that by June 24, 2013, MassPort shall file a supplemental memorandum addressing the effect upon this litigation of any such requirement in the CBA.  MassPort may at that time (but is not required to) supplement its briefing with respect to the Eleventh Amendment issue.  By July 14, 2013, the Plaintiffs shall respond to MassPort's filing concerning the CBA/arbitration issue and may supplement their briefing on the Eleventh Amendment issue. MassPort may file a reply (not to exceed five pages) by July 24, 2013.

SO ORDERED.

    /s / Leo T. Sorokin
Leo T. Sorokin
Chief United States Magistrate Judge